No. 205. Fort Dodge, Des Moines & Southern R. Co. *v.* Yarn. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth

Circuit denied. *Messrs. James C. Davis* and *A. A. Mc-Laughlin* for petitioner. *Mr. Donald Evans* for respondent.